JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN ANDY JANIEC, et al.,<br>    Plaintiffs,<br><br>         v.<br><br>CITY OF GLENDORA, et al.,<br>    Defendants. | CV 17-2652 DSF (AFMx)<br><br>JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 11, 2020

                                                              _____
                                                              Dale S. Fischer
                                                              United States District Judge